# Third District Court of Appeal

## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1691
Lower Tribunal No. 19-31161
_____


**David Lelievre, et al.,**
Appellants,

vs.

**Citizens Property Insurance Corporation,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Cornish Hernandez Gonzalez, PLLC, and Albert Campbell "Cam" Cornish, IV, for appellants.

Traub Lieberman Straus & Shrewsberry, LLP, Scot E. Samis and C. Ryan Jones (St. Petersburg), for appellee.


Before FERNANDEZ, C.J., and LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>People's Tr. Ins. Co. v. Farinato</u>, 315 So. 3d 724 (Fla. 4th DCA 2021).